UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIM PEREZ and NORMA PEREZ, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:14-cv-02005-APG-PAL <br><br> ORDER |

This matter is before the court on: (1) Plaintiffs failure to file a Certificate as to Interested Parties as required by LR 7.1-1; (2) Defendant's failure to file and serve a signed statement regarding removal of this case to federal district court; and (3) the parties' failure to file a joint status report regarding removal of this case to federal district court. .

The Complaint (Dkt. #1) in this matter was filed in state court and removed (Dkt. #1) to federal district court December 3, 2014. Defendant filed an Answer (Dkt. #8) December 10, 2014. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiffs have failed to comply.

Defendant is required, in a removed action, to file and serve a signed statement as required in Order (Dkt. #6) entered December 3, 2014, regarding removal of this case to federal district court. To date, Defendant has failed to comply.

Additionally, the parties are required to file a joint status report as required in Order (Dkt. #6) entered December 3, 2014, regarding removal of this case to federal district court. To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** Plaintiffs shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., January 28, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

**IT IS FURTHER ORDERED** that counsel for Defendant shall, no later than **4:00 p.m., January 28, 2015**, file a serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.
2. The date(s) on which you were served with a copy of the summons.
3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of Defendant(s) evidence of the amount in controversy.
4. If your notice of removal was filed more than thirty days after you first received a copy of the summons and complaint, the reasons removal has taken place at this time and the date you first received a paper identifying the basis for removal.
5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not be summarily be remanded to the state court.
6. The name(s) of any Defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report **no later than 4:00 p.m., February 6, 2015,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 23rd day of January, 2015.

                                                _____
                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE