KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM PEREZ and NORMA PEREZ, Individually, | Case No: 2:14-cv-02005-APG-PAL |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING HEARING ON PLAINTIFFS' MOTION TO EXTEND DISCOVERY

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, TIM PEREZ and NORMA PEREZ, by and through their undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, PRISCILLA L. O'BRIANT, ESQ., that as a result of the hearing on June 30, 2015, on the Plaintiffs' motion to extend the discovery deadline to take one deposition, the parties hereto have agreed to take the deposition of witness Natalie Ross on July 22, 2015, at 1:00 p.m.

Further, the dispositive motion deadline shall be extended for 30 days from the

1

July 22 deposition date. The new dispositive motion deadline shall be August 24, 2015.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 7/7/15

/s/Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No: 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No: 10171
Lewis Brisbois Bisgaard & Smith
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
(702) 893-3383
Attorney for Defendant

Dated: 7/7/15

## ORDER

IT IS SO ORDERED.

Dated this 14th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE