ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*
("State Farm")

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM PEREZ AND NORMA PEREZ,<br><br>        Plaintiffs,<br><br>    vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, DOES I through<br>X, inclusive, ROE CORPORATIONS 1-10,<br>inclusive,<br><br>        Defendant. | CASE NO. 2:14-cv-02005-RFB-PAL<br><br>**STIPULATION TO EXTEND THE<br>DISPOSITIVE MOTION DEADLINE<br>(FIRST REQUEST)** |

The Magistrate Judge recently allowed Plaintiffs additional time to conduct the deposition of State Farm's claim representative Natalie Ross, which deposition was conducted on July 22, 2015. As such, the Magistrate Judge further indicated that the dispositive motion deadline would be 30 days following the deposition, in this case August 21, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

4820-0982-7111.1

IT IS STIPULATED AND AGREED by and between Plaintiffs and State Farm that the parties shall have an additional 30 days, up to and including September 21, 2015, to file dispositive motions in this case.

DATED this <u>19</u><sup>th</sup> day of August, 2015.       DATED this <u>19</u><sup>th</sup> day of August, 2015.

**KIRK T. KENNEDY**                    **LEWIS BRISBOIS BISGAARD & SMITH** LLP

By:   */s/ Kirk T. Kennedy*            By:   *Priscilla L. O'Briant*

    Kirk T. Kennedy, Esq.                   Robert W. Freeman, Esq.
    Nevada Bar No. 5032                     Nevada Bar No. 003062
    815 S. Casino Center Blvd.              Priscilla L. O'Briant, Esq.
    Las Vegas, NV  89101                    Nevada Bar No. 010171
    Telephone: 702-385-5534                 6385 S. Rainbow Boulevard, Suite 600
    Facsimile: 702-385-1869                 Las Vegas, Nevada 89118
    *Attorney for Plaintiff*                Telephone: 702.893.3383
                                            *Attorneys for Defendant*

**IT IS SO ORDERED this 20th day of August, 2015.**

_____
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW