ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
("State Farm")

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM PEREZ AND NORMA PEREZ,<br><br>                Plaintiffs,<br><br>        vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through X, inclusive, ROE CORPORATIONS 1-10, inclusive,<br><br>                Defendant. | CASE NO. 2:14-cv-02005-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME FOR ANSWER TO AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4811-3839-5183.1

IT IS STIPULATED AND AGREED by and between Plaintiffs and State Farm that the State Farm shall have an additional 7 days, up to and including March 21, 2016, to file its Answer to Plaintiffs' Amended Complaint.

DATED this 14th day of March, 2016.          DATED this 14th day of March, 2016.

KIRK T. KENNEDY                               LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Kirk T. Kennedy*                     By: */s/ Priscilla L. O'Briant*

Kirk T. Kennedy, Esq.                         Robert W. Freeman, Esq.
Nevada Bar No. 5032                           Nevada Bar No. 003062
815 S. Casino Center Blvd.                    Priscilla L. O'Briant, Esq.
Las Vegas, NV 89101                           Nevada Bar No. 010171
Telephone: 702-385-5534                       6385 S. Rainbow Boulevard, Suite 600
Facsimile: 702-385-1869                       Las Vegas, Nevada 89118
*Attorney for Plaintiff*                      Telephone: 702.893.3383
                                              *Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: March 16, 2016

4811-3839-5183.1                                       2