ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*
("State Farm")

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM PEREZ AND NORMA PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through X, inclusive, ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-02005-RFB-PAL |

## STIPULATION TO EXTEND THE DATE OF REPLY REGARDING DEFENDANT STATE FARM'S MOTION TO PRECLUDE PLAINTIFFS TREATING PHYSICIAN FROM OFFERING EXPERT TESTIMONY PURSUANT TO FRCP 37 [DKT. 67]

### FIRST REQUEST

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4840-6885-8417.1

IT IS STIPULATED AND AGREED by and between the parties that State Farm shall have up to and including February 14, 2019 to file its Reply to Plaintiff's Opposition to Defendants Motion to Preclude Plaintiff's Treating Physicians From Offering Expert Testimony Pursuant to FRCP 37 [dkt. 67].

DATED this 7th day of February, 2019     DATED this 7th day of February, 2019

KIRK T. KENNEDY     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Kirk T. Kennedy*     By: */s/ Priscilla L. O'Briant*

Kirk T. Kennedy, Esq.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Telephone: 702-385-5534
Facsimile: 702-385-1869
*Attorney for Plaintiff*

Robert W. Freeman, Esq.
Nevada Bar No. 003062
Priscilla L. O'Briant, Esq.
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of February, 2019.

4840-6885-8417.1     2